UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOOTHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD TOXICOLOGY LABORATORY, INC.,<br><br>    Defendant. | Case No. 25-cv-02902-EMC   (EMC)<br><br>**ORDER REGARDING 28 U.S. § 1447(C) FEES**<br><br>Docket No. 48 |

On September 22, 2025, the Court granted Plaintiff's Motion to Remand under the discretionary home state exception to the Class Action Fairness Act. Dkt. No. 48. The Court requested supplemental briefing on whether Plaintiff should be awarded fees pursuant to 28 U.S. § 1447(c). Having reviewed the parties' briefing, the Court declines to award fees.

"Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. Conversely, when an objectively reasonable basis exists, fees should be denied." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005). Here, Defendant ultimately proffered evidence that almost one-third of the putative class were non-citizens, who cannot be considered California citizens for the purpose of the home-state exception. The Court thus remanded based on the discretionary, rather than mandatory, version of the home state exception. Dkt. No. 48 at 2. As the Court's remand was discretionary, it cannot be said that there was no objectively reasonable basis for removal under CAPA.

Plaintiff argues that the procedural history of this case indicates gamesmanship by Defendant. Indeed, Defendant's failure to raise its argument about the citizenship of the class

until after oral argument is troubling and suggests that Defendant may have lacked a subjective good faith basis for removal at the time Defendant removed the case. *See* Dkt. No. 48 at 2. But Plaintiff has not argued that this is a case where "unusual circumstances" justify departure from the usual rule that looks to the presence of an objectively reasonable basis for removal. *Cf. City of N.Y. v. Exxon Mobil Corp.*, 2025 U.S. App. LEXIS 25757, at *20-21 (2d Cir. Oct. 3, 2025) (granting fees under § 1447(c) due to unusual circumstances evincing a lack of good faith). Accordingly, due to Defendant's objectively reasonable basis for removal, the Court declines to award Plaintiff fees.

**IT IS SO ORDERED**.

Dated: October 22, 2025

_____
EDWARD M. CHEN
United States District Judge